**CITY OF PHILADELPHIA, Respondent**

v.

**GRYPHIN COATINGS, INC.**

**Petition of: 5627–41 Hegeman Street, LLC**

**No. 348 EAL 2017**

Supreme Court of Pennsylvania.

January 8, 2018

## ORDER

PER CURIAM

**AND NOW,** this 8th day of January, 2018, the Petition for Allowance of Appeal is **DENIED.**